UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVELL GRIMES, | |
| Plaintiff, | No: _____ |
| vs. | Ad Damnum: **$300,000.00** |
| UNITED STATES OF AMERICA | |
| Defendants. | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, LEVELL GRIMES, by and through his attorneys, ANKIN LAW OFFICE, L.L.C., and complaining of Defendant, UNITED STATES OF AMERICA (hereinafter referred to as "U.S."), states as follows:

THE PARTIES

1. At all times relevant, the Plaintiff, LEVELL GRIMES, resided in the State of Illinois.

2. At all times relevant, Juanita R. Jimenez was acting as an agent of the United States Postal Service.

3. Pursuant to 28 USCS §2679(b) this matter is brought solely against the United States of America.

JURISDICTION

4. Jurisdiction is proper pursuant to 28 U.S.C. §1346(b)(1) as it is a civil action arising out of the laws and Constitution of the United States.

Page 1 of 4

## VENUE

5.  Venue is proper under 28 U.S.C. §1391(b) as all events described herein occurred in the Northern District of Illinois.

## COUNT I
Negligence

6.  On and before November 5, 2015, Highway U.S. 52 and West Jefferson Street were public roadways in the City of Joliet, County of Will, State of Illinois.

7.  On or about November 5, 2015, at approximately 10:06 a.m., the Plaintiff, LEVELL GRIMES, was a passenger in a 1996 Nissan Maxima travelling westbound on Jefferson at or near its intersections with Highway U.S. 52 in the City of Joliet, County of Will, State of Illinois.

8.  At the aforesaid time and place, Juanita R. Jimenez was acting within the course and scope of her employment as an agent, employee, and/or assign of Defendant, U.S.

9.  At the aforesaid time and place, Juanita R. Jimenez was operating a U.S. Postal Service mail delivery truck westbound on Jefferson at or near its intersection with Highway U.S. 52 in the City of Joliet, County of Will, State of Illinois.

10. At the aforesaid time and place, Juanita R. Jimenez owed the Plaintiff and others lawfully on the roads a duty to operate her motor vehicle safely and to exercise ordinary care so as to not negligently cause injury to those persons lawfully on the roadway to include the Plaintiff herein, LEVELL GRIMES.

11. At the aforesaid time and place, Juanita R. Jimenez drove her automobile into the automobile in which the Plaintiff, LEVELL GRIMES, was a passenger.

12. At the aforesaid time there was in full force and effect the following Illinois Compiled Statute, 625 ILCS 5/11 – 601(a):

"No vehicle may be driven upon any highway of this State at a speed which is greater than is reasonable and proper with regard to the traffic conditions and the use of the highway, or endangers the safety of any person or property. The fact that the speed of a vehicle does not exceed the applicable maximum speed limit does not relieve the driver from the duty to decrease speed when approaching and crossing an intersection, when approaching and going around a curve, when approaching a hill crest, when traveling upon any narrow or winding roadway, or when special hazard exists with respect to pedestrians or other traffic or by reason of weather or highway conditions. Speed must be decreased as may be necessary to avoid colliding with any person or vehicle on or entering the highway in compliance with legal requirements and the duty of all persons to use due care."

13. In breach of her duty of care, Juanita R. Jimenez was guilty of one or more of the following negligent acts and/or omissions:

(a) Operated, maintained and controlled her motor vehicle without keeping a sufficient look-out ahead for vehicles and persons on the roadway;

(b) Operated, maintained and controlled her motor vehicle in violation of 625 ILCS 5/11 – 601(a);

(c) Failed to keep her automobile under control at all times;

(d) Failed to slow or stop his automobile to avoid colliding with the automobile in which the Plaintiff, LEVELL GRIMES, was a passenger;

(e) Was otherwise careless and negligent.

14. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Juanita R. Jimenez, the Plaintiff LEVELL GRIMES sustained serious and permanent injuries; was required to seek extensive medical consultation and treatment; has expended, and will in the future expend, great sums of money to be healed and cured of his maladies; suffered, and will in the future continue to suffer, great pain, anguish and physical and mental suffering; and was deprived of earnings to which he might have otherwise been entitled.

WHEREFORE, the Plaintiff, LEVELL GRIMES, prays for judgment against Defendant, UNITED STATES OF AMERICA, in such an amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

LEVELL GRIMES, Plaintiff

Attorney for Plaintiff

Ankin Law Office, L.L.C
*Attorneys for Plaintiff*
10 North Dearborn, Suite 500
Chicago, Illinois 60602
(312) 346-8780
ndrury@AnkinLaw.com